478 A.2d 135

Commonwealth v. Tunsil, Appellant.

Petition for Allowance of Appeal
Denied Jan. 9, 1985.

Submitted March 21, 1984. Nancy Liberson, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and BECK and TAMILIA, JJ.

Order affirmed.

478 A.2d 136

Commonwealth v. Turner, Appellant.

Submitted April 2, 1984. Douglas M. Johnson, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, JOHNSON and LIPEZ, JJ.

Judgment of sentence vacated, and case remanded for resentencing. Jurisdiction is not retained.